IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

DAVID GARLAND ATWOOD, II                                          PLAINTIFF

V.                                              CIVIL ACTION NO. 1:16-CV-105-SA-DAS

MIKE CHANEY,
JAMES JACKSON,
TIM NAIL, MARTIN PACE, and
UNKNOWN FIRE MARSHALL                                             DEFENDANTS

ORDER

This case arises from a motion to quash a subpoena requiring a witness's appearance at a deposition in the Southern District of Mississippi. Originally filed in the Southern District, at the Plaintiff's request, this case was transferred here to the Northern District. The Magistrate Judge assigned to this case has ruled on all of the pending motions, and directed the parties and the Clerk of Court to file any subsequent motions on the original docket for this case 1:12-CV-168-SA-DAS. For these reasons, this CASE will be CLOSED and the parties are directed to file any related motions and other documents on the original docket for this case.

SO ORDERED on this the 6th day of October, 2016.

        /s/ Sharion Aycock
        UNITED STATES DISTRICT JUDGE